# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-23-01988-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| 5,012,294.90 in TetherUS, *et al.*, | |
| Defendants. | |

At issue is the parties' Joint Stipulation for Briefing Schedule for Claimants' Motion to Suppress (First Request) (Doc. 41). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 41) and the briefing schedule, with respect to Claimants' Motion to Suppress, is as follows:

- Plaintiff's Opposition to Claimants' Motion to Suppress will be due three weeks from the Court's ruling on Claimants' Motion to Dismiss and
- Claimants' Reply in support of Motion to Suppress will be due two weeks from the date of Plaintiff's Opposition deadline.

Dated this 11th day of June, 2025.

Honorable John J. Tuchi
United States District Judge