Anne Chapman (#025965)
anne@mscclaw.com
Andrew Breavington (#027168)
andrew@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-1232
Facsimile:  (602) 358-0291
*Attorneys for Claimant Kosit Sisawigon*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>5,012,294.90 in TetherUS ("USDT"),<br>75,589,553.41 in Gala ("GALA"),<br>226.81 in BNB ("BNB"),<br>1,264.16 in Bitcoin ("BTC"),<br>1,495.72 in Litentry ("LIT"),<br>48,969 in Fantom ("FTM"),<br>47.17 in Ethereum ("ETH"),<br>501.41 in BUSD ("BUSD").<br><br>　　　　　　　　　Defendants In Rem. | No.: 2:23-cv-01988-JJT<br><br>**NOTICE OF SERVICE OF CLAIMANT KOSIT SISAWIGON'S OBJECTIONS AND RESPONSES TO PLAINTIFF UNITED STATES OF AMERICA'S SPECIAL INTERROGATORIES** |

NOTICE IS HEREBY GIVEN pursuant to Rule 5.2 of the United States District Court for the District of Arizona Local Civil Rules that on September 19, 2025, Claimant Kosit Sisawigon, through counsel, served his Objections and Responses to

//

//

1  Plaintiff United States of America's Special Interrogatories by email to Plaintiff's
2  counsel of record.
3       RESPECTFULLY SUBMITTED on September 19, 2025.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: *Anne Chapman*

Anne Chapman
Andrew Breavington
*Attorneys for Claimant Kosit Sisawigon*

Certificate of Service

I hereby certify that on September 19, 2025, I electronically transmitted foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of the Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable John J. Tuchi
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, Arizona 85003
Tuchi_chambers@azd.uscourts.gov

Joseph F. Bozdech
Lindsay L. Short
Assistant U.S. Attorneys
United States Attorney's Office
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
Joseph.bozdech@usdoj.gov
Lindsay.short@usdoj.gov
*Attorneys for Plaintiff*

Naeun Rim
Andrew Beshai
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Nrim@manatt.com
Abeshai@manatt.com

Ashley D. Adams
Chase T. Wortham
Adams & Associates, PLC
7502 E. Monterey Way
Scottsdale, Arizona 85251
aadams@azwhitecollarcrime.com
chase@azwhitecollarcrime.com
*Attorney for Claimant Suradet Totsaponvised*

/s/ Peggy McClellan